FILED

UNITED STATES DISTRICT COURT

12 FEB -9 AM 11: 33

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 11cr4937-WQH |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING UNITED STATES OF AMERICA'S MOTION TO DISMISS AND JUDGMENT |
| KEVIN LYNN SORENSEN, ) | |
| Defendant. ) | |

## ORDER AND JUDGMENT

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, IT IS HEREBY ORDERED that Criminal Case No. 11cr4937-WQH be dismissed without prejudice.

DATED: 2/9/12

HONORABLE WILLIAM Q. HAYES
United States District Judge